# TODD L. CRAWFORD, PC

ATTORNEY & COUNSELOR AT LAW

TODD CRAWFORD, Esq.
6 CATLIN AVE
ROOSEVELT, NY 11575
VOICE 631.988.0976
FAX 516.632.8742

toddlcrawford@yahoo.com

July 30, 2015

SENT VIA FAX (718) 613-2125, (212) 788-3770

Hon. Judge Ramon Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza, Rm. N208
Brooklyn, NY 11201
Attn: Adrienne Yasunaga

New York City Board of Ed.
c/o Kevin Connolly Esq.
100 Church Street
New York, NY 10007

Re:   Murray v. NYC Board of Education
      Case No. 1:15-cv-03191-RRM-RER

Greetings:

I am writing to request an extension for my client to file a Rule 41(a) voluntary dismissal due by 8/3/2015. At the preliminary hearing, I indicated to the court that we have decided to discontinue the case. Since that time, my client has vacillated on the issue of discontinuing. And, for reasons I cannot discuss, I have no choice but to withdraw from the case. As a result, I request that the court allow two weeks or whatever the court deems reasonable to allow Ms. Murray to seek out new counsel.

Thank you for your attention to this matter.

Sincerely,

Todd L. Crawford

Page 1 of 1