UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JUANITA L. MURRAY,

                         Plaintiff,

-against-

NEW YORK CITY BOARD OF EDUCATION,

                         Defendant..

Civil Action No.:
1:15-cv-03191 (RRM) (ST)

**MOTION TO WITHDRAW AS COUNSEL**

      Kevin P. Connolly, one of the attorneys of record for Defendants, respectfully requests permission to withdraw from the above referenced case. In support of this Motion, Kevin P. Connolly states he no longer works for the New York City Law Department effective July 18, 2016. Accordingly, he respectfully seeks permission to withdraw as counsel of record. Remaining counsel of record with the New York City Law Department will continue to represent Defendants in this matter.

      WHEREFORE, Kevin P. Connolly respectfully requests the Court enter an Order withdrawing him as an attorney of record in this matter.

October 5, 2016
New York, New York

                         Respectfully submitted,

                         JACKSON LEWIS P.C.
                         666 Third Avenue
                         New York, New York 10017
                         (212) 545-4000
                         (212) 972-3213

                         By: /s/ Kevin P. Connolly
                              Kevin P. Connolly, Esq.

cc:    Counsel of Record (via ECF)