FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 17 2017 ★

BROOKLYN OFFICE

February 10, 2017

Juanita L. Murray
1114 Stonegate Road
Shrub Oak, NY 10588

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N331
Brooklyn, New York 11201

      Re: Juanita L. Murray v. New York City Board of Education, Robert Mercedes,
      Susan Carr-Lagomarsini
      Docket No. 15 CV 3191 (RRM) (ST)

Dear Judge Tiscione:

I would like to make sure that the video recordings for two dates, are available and not discarded or recorded over. The dates are as follows:

January 28, 2013- a recording where the Principal, Robert Mercedes, directed me to walk around the cafeteria 20 times. This happened in the School Cafeteria in the main building at approximately 12:25 pm. I would like the recording from about 12:00pm-1:30pm for that day.

September 23, 2014- when a teacher verbally and maliciously assaulted me by calling me a nigger, repeatedly. This incident occurred on the 2nd floor in front of classrooms outside of the gymnasium. I am unsure of the exact time. It happened in the morning. I believe it will also help to have a recording of the same morning, where she may have followed me to my next assignment, on the 3rd floor near the elevator. I believe the window of time is between 8:00 am-11:30 am.

The January 2013 incident may have been viewed by the UFT Special Representative Margaret Borelli, as a part of my Harassment Complaint. The second incident in September 2014 is important because the Principal, Robert Mercedes told me the teacher denied even having a conversation with me that day. I hope I am not too late, since these incidents happened several years ago. Thank you in advance for your

time and attention to this matter.

Respectfully submitted,

Juanita L. Murray