# Exhibit "A"

# AX Transmission

Number of pages including cover sheet __4__

Attention: __Ms. Santana__

Company: __NYC Dept of Education / OEO__

Phone: __718-935-3320__

Fax: __718-935-3775__

Date: __4/02/13__

From: __Juanita L. Murray__

Company: __MS 390X__

Phone: __347-994-0245__

Comments: __I want to make an additional complaint re: discrimination against Special Ed students but I have to ask the parents first. The repercussions may be severe.__ JLM

**OfficeMax ImPRESS** — PRINT & DOCUMENT SERVICES

3131 E. Main Street
Mohegan Lake, NY 10547
Phone: 914-526-2893
Fax: 914-526-3299
Email: impress0987@officemax.com

NYC Department of Education

Chancellor's Regulation A-830
Attachment No. 2
Page 1 of 2

## COMPLAINT OF ALLEGED DISCRIMINATION FORM

**Complainant Information:**

Please complete every appropriate item and submit it as soon as possible after the incident of alleged discrimination or harassment to:

OFFICE OF EQUAL OPPORTUNITY
E.O. Complaint Unit
65 Court Street, Room 1102
Brooklyn, NY 11201
Phone #: 718-935-3320
Fax #: 718-935-2531

➤ **A complaint must be filed within one year of the event which is the subject of the complaint.**
➤ Please **print clearly** all requested information.
➤ Also attach additional pages and supporting documentation, if necessary.

Check (☑) One:   ☑ Employee   ☐ Student   ☐ Parent   ☐ Applicant for Employment   ☐ Other

Name: __Juanita L. Murray__   Title: __School Social Worker__

*Student's Name: _____
(*If complaint is being filed by parent)

Home Address: __1114 Stonegate Rd__ City: __Shrub Oak__ State: __NY__ Zip: __10588__

Phone #   Home: __914-245-2151__   Cell: __347-994-0245__   Work: __718-583-5501__

**Head of Site Information:**

Name of Principal or Head of Site: _____
Title: _____
School/Office/District: _____
Site Address: _____
Site Phone#: _____

(over)

**NYC Department of Education**

Chancellor's Regulation A-830
Attachment No. 2
Page 2 of 2

**Nature of Complaint:**

1. Check ☑ below why you believe you were discriminated against.

   ☑ Age
   ☐ Alienage/Citizenship Status
   ☐ Arrest/Conviction
   ☐ Color
   ☐ Creed
   ☐ Disability
   ☑ Ethnicity/National Origin
   ☑ Gender/Sex
   ☐ Marital Status
   ☐ Military Status

   ☐ Partnership Status
   ☐ Predisposing Genetic Characteristic
   ☐ Race
   ☐ Religion
   ☑ Retaliation (for asserting a claim of discrimination)
   ☐ Sexual Harassment
   ☐ Sexual Orientation
   ☐ Status as a Victim of Domestic Violence, Sexual Offenses or Stalking
   ☐ Weight (for students only)

2. Name(s)/title(s) of person(s) you believe discriminated against you.

   1. Name: Robert Mercedes   1. Title: Principal
   2. Name: _____   2. Title: _____
   3. Name: _____   3. Title: _____
   4. Name: _____   4. Title: _____

3. Where did it take place?
   Middle School 390   1930 Andrews Ave South Bronx, N.Y.

4. Date(s) on which alleged act(s) of discrimination occurred.

   Month: 10  Day: 12  Year: 2012      Month: 01  Day: 04  Year: 2013
   Month: 01  Day: 03  Year: 2013      Month: 01  Day: 28  Year: 2013

5. Explain what happened (cite names and evidence, if any, and attach extra pages if needed).

   The principal explained in a meeting on Jan. 3, 2013 that only 1st and 2nd yr teachers were cost effective. He has made several attempts to decrease my caseload, finally removing me from my position as a Related Services Provider which I've had for 21 years. Mr. Mercedes has moved me to an unspecified position with little to no training. He has humiliated me in front of students and staff on January 28, 2013, demanding (continued)

6. What relief or corrective action are you seeking?

   I want to be restored to my previous position as a Related Services provider. I want the harrassment to stop. I would like to review my options with legal counsel because of the impact this harrassment has had on my health and well being.

   Signature: [signature]   Date: 3/28/13

Continued from Page 2 of 2 (Nature of Complaint)

that I walk around the cafeteria 20 times. He entertains and encourages false allegations against me. A School Custodian and a School Aide made allegations that were clearly false. Mr. Mercedes said that he did an investigation. There was no investigation that resulted in any facts being presented. This is an attempt at character assassination and creates a hostile work environment.

I have several binders of letters and e-mails to support my claims. I will be happy to furnish your office with these documents as soon as you contact me. There are too many to fax.

Juanita L. Murray, LMSW
Signature _____  Date  3/28/13