UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
JUANITA MURRAY,

            Plaintiff,

       v.

NEW YORK CITY BOARD OF EDUCATION,
ROBERT MERCEDES, SUSAN CARR
LAGOMARSINI,

           Defendants.
----------------------------------------------------------------- x

Case No. 15-CV-3191 (RRM) (ST)

**DECLARATION IN SUPPORT
OF MOTION TO WITHDRAW
AS COUNSEL BY
JUSTIN W. REITER, ESQ.**

      JUSTIN W. REITER, being duly sworn, deposes and states, pursuant to 28 U.S.C. § 1746:

      1.   I was an attorney for the New York City Law Department ("NYC Law Department"), attorneys for Defendants New York City Board of Education, Robert Mercedes, and Susan Carr Lagomarsini, (collectively "Defendants") in the above-referenced matter. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

      2.   I left the NYC Law Department for other employment. My last day with the NYC Law Department was June 22, 2018.

      3.   The NYC Law Department will continue its representation of Defendants in this matter.

      4.   Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
            September 4, 2018

                                          Respectfully submitted,

                                          FISHER & PHILLIPS, LLP

                                          By:   *s/ Justin W. Reiter*
                                                  Justin W. Reiter
                                          The New York Times Building
                                          620 8th Avenue, 36th Floor
                                          New York, NY 10018
                                          jreiter@fisherphillips.com
                                          Tel.: (212) 899-9985
                                          Fax: (212) 956-1971