# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | September 10, 2019 |
| TIME: | 11:00 |
| DOCKET NUMBER(S): | CV-15-3191 (RRM) |
| NAME OF CASE(S): | Murray v. NYC Board of Education |
| FOR PLAINTIFF(S): | Harlow, Glass |
| FOR DEFENDANT(S): | Green |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | FTR (10:21 - 10:23, 12:47 - 12:49) |

RULINGS FROM Settlement Conference:

Settlement discussions were held and the parties were able to reach a disposition. Parties shall file the stipulation of dismissal by October 10, 2019.