UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

JUANITA MURRAY,

                                              Plaintiff.

                      -against-

NEW YORK CITY BOARD OF EDUCATION, ROBERT
MERCEDES, SUSAN CARR LAGOMARSINI

                                    Defendants.

-------------------------------------------------------------------------x

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

15-CV-3191 (RRM) (ST)

                      **IT IS HEREBY STIPULATED AND AGREED**, by and between the

parties as represented below, as follows:

                      1. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all

Plaintiff's claims in the above-captioned action are hereby dismissed, withdrawn and

discontinued with prejudice, and that an order to that effect may be entered without further

notice.

Dated:       New York, New York
              September 1, 2019
              October

GLASS & HOGROGIAN LLP
Attorneys for Plaintiff
85 Broad Street, WeWork – 18th Floor
New York, NY 10004
212-537-6859
bglass@ghnylaw.com


By: _____
     Bryan D. Glass

Georgia M. Pestana
Acting Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-169
New York, New York 10007
Tel: (212) 356-2445
nigreen@law.nyc.gov


By: _____
     Nicholas Green
     Assistant Corporation Counsel


**Agreed To By Juanita Murray,**
Petitioner

_____
     Juanita Murray